In the Matter of FRANCISCO COTA, Appellant, against NEW YORK STATE LIQUOR AUTHORITY, Respondent.

Submitted November 17, 1953; decided December 3, 1953.

*William I. Cohen* and *Jack Reinstein* for motions.

*Alvin McKinley Sylvester, Counsel* (*Emanuel D. Black* and *Robert W. Corcoran* of counsel), opposed.

Motion for leave to appeal granted.

Motion for stay granted.